UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONOFRE SALAS-LOZANO,<br>Defendant. | Case No. 5:23-cr-00101-EJD-1<br><br>**ORDER GRANTING MOTION TO EXCLUDE PHONE TESTIMONY**<br><br>Re: Dkt. No. 147 |

The Court is in receipt of Defendant's Motion to Exclude Phone Testimony. ECF No. 147. The Court heard oral arguments from the parties regarding this motion on January 16, 2025.

The Government planned to introduce evidence that the iPhone 11 found in Defendant's possession at the time of arrest in April 2023 underwent a factory reset in March 2022. The Government previously indicated its position that this evidence shows consciousness of guilt. At the pre-trial conference, the Court found that this evidence could be relevant.

However, it appears the parties recently discovered that this iPhone 11 is not the cell phone that Defendant used at the time of the alleged assault on July 2, 2021, and the weeks following. Defendant actually had a Samsung cell phone during his July 20, 2021, law enforcement interview, and it is undisputed that Defendant and JJ had no contact after July 7, 2021. In light if this recent revelation, Defendant requests the Court exclude evidence that his iPhone 11 underwent a factory reset in March 2022 as irrelevant and unduly prejudicial.

The Government argues that the factory reset is still relevant because Defendant could have transferred his data from his Samsung cell phone to the iPhone 11 prior to the factory reset. The Government also argues that the date of the reset is relevant to determine when Defendant

Case No.: 5:23-cr-00101-EJD-1
ORDER GRANTING MOT. TO EXCLUDE PHONE TESTIMONY
1

1  stopped using his Samsung cell phone and where it is located now.  Defendant responded that he
2  has no objection to questioning Defendant about his Samsung device, but this information can be
3  elicited without introducing evidence that there was a factory reset of his iPhone 11.
4      The Court will sustain Defendant's objection at this time.  The Government has not put
5  forward any evidence that Defendant transferred the data from his Samsung cell phone to this
6  iPhone 11 prior to the factory reset, or that Defendant possessed the iPhone 11 during the factory
7  reset.  It is equally possible that the iPhone 11 factory reset occurred prior to Defendant acquiring it.
8      The Government may question Defendant about the Samsung cell phone that Defendant
9  had at the time of the incident and revisit this issue if additional evidence arises.

10  **IT IS SO ORDERED.**

11  Dated: January 16, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:23-cr-00101-EJD-1
ORDER GRANTING MOT. TO EXCLUDE PHONE TESTIMONY
2